PLAINTIFFS' FIRM INFORMATION

The Monsour Law Firm
404 North Green Street
Longview, Texas 75606
Telephone (903) 758-5757
Facsimile (903) 230-5010

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-00290<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| DONALD LYNN BROWNE, M.D.<br><br>v.<br><br>PFIZER, INC. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiff DONALD LYNN BROWNE, M.D. and Defendants by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated  5/11/09 , 2009.

**THE MONSOUR LAW FIRM**
404 North Green Street
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Facsimile)

By: _____
Douglas C. Monsour

*Attorney for Plaintiffs*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

By: _____
Michelle W. Sadowsky

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___June 16, 2009_____

_____
Hon. Charles R. Breyer
United States District Court

